**Mark DARULIS, Plaintiff–Appellant,**

v.

**C.D. TOWING SPECIALISTS, INC.; et al., Defendants–Appellees.**

No. 08–56781.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 23, 2009.*

Filed March 9, 2009.

Mark Darulis, San Diego, CA, pro se.

John Stephens, Wertz McDade Wallace Moot & Brower, Keith William Phillips, Deputy City, San Diego City Attorney's Office, San Diego, CA, for Defendants–Appellees.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before KOZINSKI, Chief Judge, HAWKINS and GOULD, Circuit Judges.

MEMORANDUM **

Upon review of the record, appellant's opening brief, and the parties' responses to this court's December 10, 2008 order to show cause, this court hereby summarily affirms the district court's final judgment. *See United States v. Hooton,* 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.